**Gregory Michael MacGregor** (SBN: 61970)
**Deborah A. Berthel** (SBN: 125911)
**Sangeeta A. Madhok** (SBN: 170944)
*MACGREGOR & BERTHEL*
21700 Oxnard Street, Suite 1590
Woodland Hills, California  91367
Telephone: (818) 710-3666 Fax: (818)710-3683
E-mail: mblawyers@macgregorlaw.com

Attorneys for Defendant
**Allstate Insurance Company**

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK GHUKASYAN, an individual, ARTYOM TOROSYAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, An Illinois corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br>_____ | Docket No. 2:15-cv-03398-SJO (PLAx)<br><br>Assigned to the<br>Hon. S. James Otero<br>Courtroom 1<br><br>**ORDER REMANDING CASE TO STATE COURT PURSUANT TO STIPULATION**<br><br><br>Complaint Filed: April 6, 2015 |

## ORDER

**IT IS HEREBY ORDERED**, that this matter be remanded to State Court based on the parties' stipulation that the $75,000 amount in controversy requirement for diversity jurisdiction has not been met.

DATED: June 23, 2015

*S. James Otero*
_____
**The Honorable S. James Otero**
United States District Court
Central District of California

*MACGREGOR & BERTHEL*